Firm No. 60938

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CECILIA MORENO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-cv-6649 |
| WAL-MART STORES, INC., | ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS ACTION

IT IS HEREBY stipulated and agreed by and between the Plaintiff, CECILIA MORENO and the Defendant, WAL-MART STORES, INC., acting as their respective attorneys, that the action filed against the Defendant by the Plaintiff, CECILIA MORENO is hereby dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 14th day of January, 2020.

_____
Sheldon J. Aberman
Cary J. Wintroub & Associates
Attorney for Plaintiff

_____
James P. Balog
O'Hagan Meyer, LLC
Attorney for Defendant